AAFES
Dept. of Army Exchange Services
Dallas, TX 75266


American Servicing Company
PO Box 10388
Des Moines, IA 50306


Anne Arundel County
Office of Law
2660 Riva Rd., 4th Floor
Annapolis, MD 21401


Carmax Auto Finance
PO Box 440609
Kennesaw, GA 30160


Commercial Recovery Systems
Po Box 860514
Plano, TX 75086


Commercial Recovery Systems, Inc.
671 E. 18th Street
Plano, TX 75074


Nagle and Zaller PC
10320 Little Patuxent Parkway
Columbia, MD 21044


Santander Comsumer USA
POB 105255
Atlanta, GA 30348


Shamrock c/oMichael Neall and Associates
147 Old Solomans Island Road
Suite 400
Annapolis, MD 21401

```
Shipley's Utilities LLC
c/o SJM Partners
Attn:  Stephen J. Garchik
9001 Congressional Drive
Potomac, MD 20854


The Exchange
Po Box 740890
Cincinnati, OH 45274


Vital Recovery Services
Po Box 923748
Norcross, GA 30010


Wells Fargo
POB 6422
Carol Stream, IL 60197


Wells Fargo Dealer Services
Po Box 19733
Irvine, CA 92623
```